IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JACKIE DENESE ROSS                                                                                    PLAINTIFF

vs.                                       Civil No. 1:12-cv-01104

CAROLYN W. COLVIN                                                                                    DEFENDANT
Commissioner, Social Security Administration

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Plaintiff's Motion to Dismiss.  ECF No. 9.  Plaintiff filed this Motion on March 3, 2014.  *Id.*  Defendant has not responded to this Motion, and the time to respond has expired.  *See* Local Rule 7.2(b). Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Motion to this Court for the purpose of making a report and recommendation.  In accordance with that referral, this Court enters the following report and recommendation.

With this Motion to Dismiss, Plaintiff requests her case be dismissed. ECF No. 9. Considering this Motion, the Court finds it is well-taken and recommends it be **GRANTED.**  Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court also recommends this dismissal be without prejudice.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the**

district court. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

**ENTERED this 28th day of March 2014.**

s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE
