IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JACKIE DENESE ROSS                                                                                    PLAINTIFF

vs.                                              Civil No. 1:12-cv-01104

CAROLYN W. COLVIN                                                                                  DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 23rd day of April 2014, comes for consideration the Report and Recommendation dated March 28, 2014 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Fourteen (14) days have passed without objections being filed by the Parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation and dismisses Plaintiff's Complaint without prejudice.

IT IS SO ORDERED.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge